Filed 12/14/21  P. v. Arredondo-Razo CA6

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>JESUS ALFONSO ARREDONDO-RAZO,<br><br>    Defendant and Appellant. | H048721<br>(Monterey County<br>Super. Ct. Nos. 19CR010035,<br>SS161533) |

Defendant Jesus Alfonso Arredondo-Razo pleaded no contest to unlawful driving or taking of a vehicle and inflicting corporal injury on a spouse in two cases.  In each case, the trial court suspended execution of sentence and granted a three-year term of probation.  After finding Arredondo-Razo violated the terms of his probation, the trial court executed sentence and ordered him to serve an aggregate term of five years eight months in state prison.

We appointed counsel, who filed an opening brief stating the case and the facts but raising no specific issues.  We attempted to notify Arredondo-Razo of his right to submit written argument on his own behalf within 30 days; our letter to him was returned and reissued.  The deadline has passed and we have received no response.

We have reviewed the entire record under *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).  (See also *People v. Kelly* (2006) 40 Cal.4th 106 (*Kelly*).)  We conclude there is no arguable issue on appeal, and we will affirm the judgment.

# I. FACTUAL AND PROCEDURAL BACKGROUND

## A. *Procedural Background*

In case No. SS161533, the prosecution charged Arredondo-Razo with unlawful driving or taking of a vehicle. (Veh. Code, § 10851, subd. (a).) He pleaded no contest and the trial court granted a three-year term of probation.

In case No. 19CR010035, the prosecution charged Arredondo-Razo with four counts: count 1—attempted murder (Pen. Code, §§ 187, subd. (a), 664)[1]; count 2—criminal threats (§ 422, subd. (a)); count 3—assault by means likely to produce great bodily injury (§ 245, subd. (a)(4)); and count 4—corporal injury on a spouse (§ 273.5, subd. (a)). He pleaded no contest to count 4 and admitted the violation had occurred within seven years of a previous conviction under section 273.5, subdivision (f)(1). The trial court imposed a term of five years eight months in state prison but the court suspended execution of the sentence and granted a three-year term of probation.

The probation department then filed a petition alleging Arredondo-Razo had violated the terms of his probation. After a hearing on the matter, the trial court found he violated the terms of probation, whereupon the court terminated probation in both cases and executed the sentence of five years eight months in state prison.

Arredondo-Razo timely appealed.

## B. *Facts of the Offenses*

According to the complaint and probation report, Arredondo-Razo unlawfully took a 2002 Ford Taurus in September 2016. After the vehicle was reported stolen, police located it with GPS tracking and found Arredondo-Razo driving it. The license plate had been switched with the plate from another vehicle. Arredondo-Razo confessed to stealing it.

---

[1] Subsequent undesignated statutory references are to the Penal Code.

2

In December 2018, Salinas police responded to a report of a physical assault and contacted Arredondo-Razo's wife. She had an injury to her neck and bruising on her arm. She told police he had come home after drinking, whereupon he pulled her hair and pushed his mother onto the kitchen floor. He then began choking his mother and threatened to kill her. After his wife pulled Arredondo-Razo off his mother, he grabbed his wife's hair again and bit her neck. He continued to pull her by the hair over a distance of approximately 60 feet.

At a hearing in October 2020, the trial court found Arredondo-Razo had violated the terms of his probation by violating a criminal protective order under section 273.6, subdivision (a). Arredondo-Razo had been stopped in a car together with his wife, violating an order that prohibited him from having contact with his wife.

## II. DISCUSSION

We have reviewed the entire record under *Wende*, *supra*, 25 Cal.3d 436, and *Kelly*, *supra*, 40 Cal.4th 106. We find no arguable issue on appeal, and we conclude appellate counsel has fully complied with her responsibilities. (*Wende,* at p. 441.)

## III. DISPOSITION

The judgment is affirmed.

_____
Greenwood, P. J.

WE CONCUR:


_____
  Danner, J.


_____
  Wilson, J.


People v. Arredondo-Razo
H048721